# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 10-00431-MLG | Date | August 6, 2010 |
|---|---|---|---|
| Title | National Marketing, Inc., et al., v. GETNUTRI.COM, et al., | | |

| Present: The Honorable | Marc L. Goldman, Magistrate Judge | |
|---|---|---|
| T. Steele | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause

This action was filed on April 8, 2010. Pursuant to Fed.R.Civ.P. 4(m), service is required to be effected no later than August 6, 2010. No proofs of service have yet been filed and no appearances have been made by Defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides that if service is not made within 120 days after the filing of the complaint, and the plaintiff can not show good cause why service was not made within that period, the action shall be dismissed without prejudice upon the court's own initiative with notice to the plaintiff.

IT IS ORDERED that on or before August 20, 2010, Plaintiff shall show good cause in writing why this action should not be dismissed for failure to serve the Defendants within the required time period or shall demonstrate that service was effected upon the Defendants. If Plaintiff fails to respond to this order or effect service within the time specified, it will be deemed to have consented to a dismissal of this action for failure to effect service and failure to prosecute.

                                                                                                           :
                                                          Initials of Clerk        ts