Kim T. Nguyen (State Bar No. 162783)
kim@ktnlaw.com
LAW OFFICES OF KIM T. NGUYEN
20 Truman, Suite 201
Irvine, California 92620
Tel:  (714) 720-3278
Fax: (714) 783-2945

Attorneys for Plaintiffs
NATIONAL MARKETING, INC. and CORTISLIM INTERNATIONAL, LLC

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL MARKETING, INC. and CORTISLIM INTERNATIONAL, LLC<br><br>    Plaintiffs,<br>  vs.<br><br>GETNUTRI.COM, an unknown California business entity; HERBSMD, an unknown California business entity; SYED M. JAFRY, an individual, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. SACV10-431-JVS (RNBx)<br><br>**JUDGMENT** |

The Court having previously granted default judgment on the application of Plaintiffs National Marketing, Inc.'s ("NMI") and CortiSlim International, LLC's ("CortiSlim") (collectively, "NMI") against Defendants Getnutri.com, HerbsMD, and Syed M. Jafry (collectively "Defendants"), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

NMI is granted and awarded judgment against Defendants Getnutri.com, HerbsMD, and Syed M. Jafry, jointly and severally, as follows:

1. $207,950; and
2. Plaintiffs are granted a permanent injunction enjoining and restraining Defendants, Defendants' agents, representatives, servants and employees, and all those acting in concert or privity therewith, from directly or indirectly:
   a. using the "CortiSlim" Mark, "CORTI-CUT", or any other mark or word similar to the "CortiSlim" Mark in a manner which is likely to cause dilution, confusion, or mistake, or to deceive;
   b. using in any manner a name or mark confusingly similar to the "CortiSlim" Mark in connection with Defendants' goods and services in such a manner that is likely to create the erroneous belief that these goods or services are authorized by, sponsored by, licensed by, or in any way associated with Plaintiffs; and
   c. assisting, enabling, or inducing others to do any such acts.

DATED: November 15, 2011      By: _____
                                  Hon. James V. Selna
                                  U.S. District Judge